on the ground that he pleaded guilty in appeal No. 2 based on the promise that the sentence in appeal No. 2 would run concurrently with the sentence in appeal No. 1 (*cf. People v Fuggazzatto*, 62 NY2d 862 [1984]). Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JOHNSON, Appellant. (Appeal No. 2.) [921 NYS2d 609]— Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered August 9, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Johnson* (83 AD3d 1513 [2011]). Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. MAULL, Also Known as POOCHIE, Appellant. (Appeal No. 2.) [922 NYS2d 218]—Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered June 26, 2009. The judgment convicted defendant, upon a jury verdict, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE R. HORN, Appellant. (Appeal No. 1.) [921 NYS2d 611]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered March 15, 2010. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

Now, upon reading and filing the stipulation discontinuing appeal signed by defendant and the attorneys for the parties on April 4, 2011,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE R. HORN, Appellant. (Appeal No. 2.) [921 NYS2d 579]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered March 15, 2010. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

Now, upon reading and filing the stipulation discontinuing appeal signed by defendant and the attorneys for the parties on April 4, 2011,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ CHRISTINA L. HERDENDORF, Respondent, v GEICO INSURANCE COMPANY, Appellant. CHRISTINA L. HERDENDORF, Respondent, v JESSE JANSKY et al., Appellants. (Appeal No. 1.) [921 NYS2d 612]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered March 18, 2010. The order granted the motion of plaintiff for leave to serve an amended complaint.

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on March 9, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ CHRISTINA L. HERDENDORF, Respondent, v GEICO INSURANCE COMPANY, Appellant. CHRISTINA L. HERDENDORF, Respondent, v JESSE JANSKY et al., Appellants. (Appeal No. 2.) [921 NYS2d 613]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered June 4, 2010. The order denied the motion of defendants to dismiss plaintiff's amended complaint.

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on March 9, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ WILLIAM J. MAYER et al., Appellants, v HENRY HOANG, Individually and Doing Business as HENRY'S NAILS, Respondent. [921 NYS2d 426]—